IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDUARDO ESQUIVEL-TORRES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-06-242-M |
| ) | |
| JOSEPH SCIBANA, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On August 1, 2006, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, challenging the manner in which petitioner's federal sentence has been calculated. The Magistrate Judge recommended that the petition for a writ of habeas corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by August 21, 2006. On August 10, 2006, petitioner filed his objections.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on August 1, 2006;

(2) DENIES the petition for a writ of habeas corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 14th day of August, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE